United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDY ALEX ORE-FALCON,

Plaintiff,

v.

JOSEPH B. EDLOW, et al.,

Defendants.

Case No. 26-cv-04351-SK

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On May 11, 2026, Plaintiff Andy Alex Ore-Falcon ("Plaintiff") filed a complaint for a writ of mandamus and relief under the Administrative Procedures Act. (Dkt. No. 1.)

Plaintiff failed to file a proposed summons in this case and thus Defendants were never served with summons. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause by no later than November 13, 2026. Plaintiff is admonished that if he fails to file a response to this Order to Show Cause by November 13, 2026, the Court will dismiss this case without prejudice without further notice to Plaintiff.

**IT IS SO ORDERED**.

Dated: October 23, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge